# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ELWOOD FERGUSON GLADNEY, JR., | ) | Civil Action No. 20 – 1864 |
| | ) | |
| Plaintiff, | ) | |
| | ) | Magistrate Judge Lisa Pupo Lenihan |
| v. | ) | |
| | ) | |
| SECURITY OFFICE, MR. GREENWALT and MR. TABB BICKELL, | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

**AND NOW**, this 9th day of September, 2021, and pursuant to this Court's Order entered on January 21, 2021 at ECF No. 12, the Clerk of Court is directed to refund Plaintiff the $52.00 partial payment that was docketed by the Court on August 17, 2021 at ECF No. 14.

**IT IS FURTHER ORDERED** that, pursuant to the Court's Order entered on January 21, 2021, the inmate account officer at Plaintiff's place of confinement is instructed to cease withdrawing funds from Plaintiff's inmate account *for payment of filing fees for this case*. The Clerk of Court is instructed to mail a copy of this Order to the inmate account officer at Plaintiff's place of confinement.

/s/ Lisa Pupo Lenihan
Lisa Pupo Lenihan
United States Magistrate Judge

Cc:     Elwood Ferguson Gladney, Jr.
        NU5149
        SCI Mercer

1

801 Butler Pike
Mercer, PA  16137

Inmate Account Officer
SCI Mercer
801 Butler Pike
Mercer, PA  16137